IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW SOBANSKY, an Individual, | |
| Movant, | 8:23-CV-398 |
| vs. | ORDER OF RECUSAL |
| RAVGEN, INC., a Delaware corporation, | |
| Respondent. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED:

1. I recuse myself from this case, and the Clerk shall refer this matter to the Chief Judge for reassignment.

2. The Clerk shall refer case no. 8:23-cv-399, *Ravgen, Inc. v. Kipp*, to the Chief Judge for potential reassignment as a related case.

Dated this 27th day of September, 2023.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge