IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATTHEW SOBANSKY, an Individual,

Plaintiff,

vs.

RAVGEN, INC., a Delaware Corporation

Defendant

8:23CV398

ORDER

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO, ORDERED.

Dated: November 3, 2023

BY THE COURT:

Brian C. Buescher
United States District Judge